**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY ADAMS,              )<br>          Plaintiff,           )<br>     vs.                         )<br> WMC MORTGAGE<br> CORPORATION; OCWEN LOAN<br> SERVICING LLC; FIDELITY<br> NATIONAL TITLE COMPANY;<br> AND DOES 1-10, ET AL.,   )<br>          Defendants.        )<br>_____ ) | Case No. CV 09-04293 DSF (JCx)<br><br>JUDGMENT |

On August 17, 2009, the Court granted Defendants Fidelity National Title Co.'s and Ocwen Loan Servicing, LLC's motions to dismiss, and held Plaintiff's case would be dismissed with prejudice if he failed to file an amended complaint by September 18, 2009.  Plaintiff did not file an amended complaint by September 18, 2009, nor did he oppose Defendants' current motions to dismiss with prejudice.  Plaintiff's inaction constitutes consent to the Defendants' motions to dismiss with prejudice.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 10/20/09

_____
Dale S. Fischer
United States District Judge